UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Consuelo Llana,

      Plaintiff,                                 Civil No.06-4909 (RHK/AJB)

vs.                                              **DISQUALIFICATION AND**
                                                     **ORDER FOR REASSIGNMENT**

Wyeth, d/b/a Wyeth, Inc., d/b/a
Wyeth Pharmaceuticals, Pfizer, Inc.,
individually and as successor-in-interest
To Pharmacia & Upjohn Company and
The Upjohn Company, Greenstone Ltd.,

      Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: December 18, 2006

                                                           s/Richard H. Kyle
                                                           RICHARD H. KYLE
                                                           United States District Judge